**Order entered December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01360-CR

**JUSTIN ROBERT BOYCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063963**

## ORDER

We **GRANT** appellant's December 7, 2016 second motion to extend time to file his reply brief and **ORDER** the reply brief filed no later than December 16, 2016.

/s/     LANA MYERS
JUSTICE